# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Irving J. Henry, et al.** | * | Civil Action No.: 06-11217 |
| | * | |
| | * | Judge: Martin L.C. Feldman |
| versus | * | |
| | * | Magistrate: Alma L. Chasez |
| **Allstate Insurance Company** | * | |
| | * | |
| | * | |

## EX PARTE MOTION TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, who respectfully requests that this matter be transferred for consolidation with Civil Action No. <u>Gillard, et al v. American Security Insurance Company, et al, EDLA No. 06-7375, "L,"</u> pursuant to the related case and collateral proceedings policy of the Court and the accompanying Memorandum in Support of herein. No appearance has been made by opposing counsel.

Respectfully submitted,


s/Gregory P. DiLeo
Gregory P. DiLeo (#4943)
Attorney at Law
300 Lafayette St., Suite 101
New Orleans, LA 70130
Telephone: 504-522-3456
Fax: 504-522-3888

Val Patrick Exnicios (#19563)
Amy Fontenot (#28577)
Liska, Exnicios & Nungesser
Attorneys-at-Law
One Canal Place, Suite 2290
365 Canal Street
New Orleans, La. 70130
Telephone: 504-410-9611
Fax: 504-410-9937

Conrad S.P. Williams, III (#14499)
Joseph G. Jevic (#23145)
Melanie G. Lagarde (#28825)
ST. MARTIN & WILLIAMS
P.O. Box 2017
Houma, Louisiana 70361
Telephone: (985) 876-3891

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

                                     s/Gregory P. DiLeo
                                     **GREGORY P. DI LEO, ESQ.**