## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| Irving J. Henry, et al. | * | Civil Action No.: 06-11217 |
|---|---|---|
| | * | |
| | * | Judge: Martin L.C. Feldman |
| versus | * | |
| | * | Magistrate: Alma L. Chasez |
| Allstate Insurance Company | * | |
| | * | |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER

**MAY IT PLEASE THE COURT:**

Plaintiffs in this matter seek class certification and damages against defendant, Allstate Insurance Company, in this class action that was filed on December 21, 2006 and allotted to this division. The defendant has not yet made an appearance in this matter. The putative class representatives herein, **Irving J. Henry, husband of/and Jennifer W. Henry; Joseph M. Duplessis, Sr., husband of/and Ann F. Duplessis; and Diane D. Dawson, Wife of/and Kenneth Webber,** are included in the same group of plaintiffs as in the matter entitled,

"***Gillard, et al v. American Security Insurance Company, et al***, *EDLA Civil Action No. 06-7375*, pending in Section "L."

Pursuant to LR3.1 and LR3.1.1E & M, counsel correctly identified the Gillard matter as a related case, as it involves the same plaintiffs as the putative class representatives herein and the same insurer, defendant Allstate Insurance Company.

> LR3.1 Collateral Proceedings and Refiled Cases:
>
> Whenever a civil matter, commenced in or removed to the court, involves subject matter that either comprises all or a material part of the subject matter or operative facts of another action, whether civil or criminal, then pending before this or another court or an administrative agency, or previously dismissed or decided by this court, counsel shall append on a separate sheet of paper, to the front of the complaint, a list and description of all such actions then known to counsel and a brief summary of the relationship. If information concerning any such action or proceeding is obtained subsequent to the filing of the original pleading in the latter case, it shall be the duty of counsel obtaining such information to notify the court and opposing counsel in writing of the information so received in the same manner.

As the Gillard matter was filed first, this matter should be transferred to the Section in which Gillard is pending, Section "L."

1. LR3.1.1E & M Assignment of Collateral Proceedings and Refiled Cases:

   > In order to promote judicial economy and conserve judicial resources, and to avoid the potential for forum shopping and conflicting court rulings, all

2

actions described in LR3.1 shall be transferred to the section to which the matter having the lowest docket number has been allotted, unless the two judges involved determine that some other procedure is in the interest of justice. If the transferee or transferor judges cannot agree upon whether a case should be transferred, the opinion of the transferee judge prevails.

Transfer and consolidation will not unduly delay the resolution of these claims but rather, will facilitate and streamline the issues for possible resolution and will serve judicial economy, and avoid piecemeal litigation and piecemeal results.

Although one matter, *Gillard*, is a standard homeowners' claim against those plaintiffs' insurers for unpaid wind damages relating to Hurricane Katrina, and the foregoing class action is a claim for fraud against Allstate, both cases involve the adjustment practices of defendant Allstate and should be consolidated.

For all the above and foregoing reasons, this related case should be transferred to Section "L," with Civil Action No. 06-7375, "***Gillard, et al v. American Security Insurance Company, et al.***

                                              Respectfully submitted,

                                              s/Gregory P. DiLeo
                                              Gregory P. DiLeo (#4943)
                                              Attorney at Law
                                              300 Lafayette St., Suite 101
                                              New Orleans, LA 70130
                                              Telephone: 504-522-3456
                                              Fax: 504-522-3888

Val Patrick Exnicios (#19563)
Amy Fontenot (#28577)
Liska, Exnicios & Nungesser
Attorneys-at-Law
One Canal Place, Suite 2290
365 Canal Street
New Orleans, La. 70130
Telephone: 504-410-9611
Fax: 504-410-9937

Conrad S.P. Williams, III (#14499)
Joseph G. Jevic (#23145)
Melanie G. Lagarde (#28825)
ST. MARTIN & WILLIAMS
P.O. Box 2017
Houma, Louisiana 70361
Telephone: (985) 876-3891

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

                                                s/Gregory P. DiLeo
                                          **GREGORY P. DI LEO, ESQ.**