UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRVING J. HENRY, husband of/and JENNIFER W. HENRY, JOSEPH M. DUPLESSIS, SR., husband of/and ANN F. DUPLESSIS, and DIANE D. DAWSON wife of/and KENNETH WEBBER, individually and as representatives of all those similarly situated, <br><br> Plaintiffs, <br><br> VERSUS <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 06-11217 <br><br> JUDGE:  MARTIN L.C. FELDMAN <br><br> MAGISTRATE:  ALMA L. CHASEZ |

**DEFENDANT'S RULE 12(b) MOTION TO DISMISS AND
RULE 23(D)(4) MOTION TO STRIKE CLASS ALLEGATIONS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant Allstate Insurance Company ("Allstate"), who moves this Court to dismiss the captioned case pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), or, alternatively, to strike Plaintiffs' class allegations pursuant to Rule 23(d)(4), for the reasons set forth below and more fully in the accompanying memorandum.

1.

The Plaintiffs' Petition does not contain sufficient allegations to establish standing or state a claim. The Plaintiffs fail to specifically allege that the named Plaintiffs suffered *any* injury to their property, or that they are even members of the purported class that they seek to represent.

2.

Furthermore, the Plaintiffs have failed to state a claim under Louisiana's bad faith statutes because they have failed to allege a breach of insurance contract claim, which is an essential prerequisite to a bad faith claim.

3.

The Plaintiffs cannot state a fraud claim because Louisiana's statutory bad faith penalties preempt all other tort-like extra-contractual claims.

4.

In addition, each of the named Plaintiffs are also named as plaintiffs in another action against Allstate, *Gillard et al. v. American Security Ins. Co. et al.,* No. 06-7375, which is currently before Judge Fallon. Filing multiple lawsuits for the same claims constitutes impermissible claims splitting.

5.

Finally, the Plaintiffs' claims are wholly inappropriate for class treatment. The gist of the Plaintiffs' claims is that Allstate failed to properly adjust and pay Hurricane Katrina and Rita property damage claims by improperly estimating the actual market cost of construction

materials. Resolution of such claims would involve a detailed inquiry into the individualized facts of each purported class members unique property damages, which would overwhelm any arguably common issues. Therefore, the class claims should be stricken. *See Spiers v. Liberty Mut. Fire Ins. Co.,* No. 06-4493, 2006 U.S. Lexis 95248 (E.D. La. Nov. 21, 2006) (Feldman, J.) (striking class claims in Katrina property damage case).

**WHEREFORE**, Allstate prays that the Court grant its motion and dismiss Plaintiffs' claims for failure to state a cause of action or, alternatively strike the class allegations.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
Bailey H. Smith, 27906
   Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700

Attorneys for Defendant Allstate Insurance
 Company

## **C E R T I F I C A T E**

I hereby certify that on February 21, 2007, I electronically filed the foregoing Motion to Dismiss and to Strike Class Allegations with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Gregory Pius DiLeo**
  gdileoatty@aol.com,gdileosecretary@aol.com,dileog@bellsouth.net
- **Val Patrick Exnicios**
  vpexnicios@exnicioslaw.com,bsergi@exnicioslaw.com,afontenot@exnicioslaw.com
- **Amy Collins Fontenot**
  afontenot@exnicioslaw.com,bsergi@exnicioslaw.com,vpexnicios@exnicioslaw.com
- **Joseph G. Jevic , III**
  jjevic@crescent-farm.com,stmartinwilliams@crescent-farm.com
- **Melanie G. Lagarde**
  mlagarde@crescent-farm.com,therron@crescent-farm.com,mhebert@crescent-farm.com
- **Conrad S. P. Williams , III**
  duke525@msn.com,therron@crescent-farm.com,mhebert@crescent-farm.com

There are no manual recipients listed on the Court's Electronic Mail Notice List.

*[signature]*