MINUTE ENTRY
FELDMAN, J.
March 27, 2007

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PLAINTIFFS | * | CIVIL ACTION |
| VERSUS | * | RE: KATRINA LITIGATION |
| STATE FARM FIRE & CASUALTY CO. | * | SECTION "F" |
| | | |
| PLAINTIFFS | * | CIVIL ACTION |
| VERSUS | * | RE: KATRINA LITIGATION |
| ALLSTATE INSURANCE COMPANY | * | SECTION "F" |

A status conference was held on March 27, 2007.

Present:

Allan Kanner, Esquire
Wayne Lee, Esquire
Charles Chassaignac, Esquire
William Treas, Esquire
Ryan Casey, Esquire
Hilliard Fayard, II, Esquire
Soren Gisleson, Esquire
Judy Barrasso, Esquire
L. Pantanelli, Pro Se

JS 10 TIME: 1 hour

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____